**LAW OFFICE OF DAVID W. MARTIN**
DAVID W. MARTIN (SBN 248636)
davidmartin@email.com
5350 James Avenue
Oakland, California 94618
Tel: 510.332.3943
Fax: 510.601.6944

Attorneys for Plaintiff,
JOHN R. DUTRO

**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
BLUESTEM BRANDS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN R. DUTRO,<br><br>   Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS INC. d/b/a/ FINGERHUT, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>   Defendant(s). | Case No. 4:14-cv-04881-JCS<br><br>*Assigned to Courtroom G*<br>*The Magistrate Judge Joseph C. Spero*<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN BLUESTEM BRANDS, INC. AND PLAINTIFF**<br><br>Complaint Filed: November 4, 2014<br>Trial Date: TBA |

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff John R. Dutro and Defendant Bluestem Brands, Inc. (collectively, the "Parties") have reached a settlement as to the above-captioned matter. Accordingly, the Parties request that the Court vacate all pending deadlines and hearings. Upon execution and completion of a settlement agreement, and in no event later than forty-five (45) days from the filing of this Notice, the Parties will file a Stipulation and Proposed Order of Dismissal with Prejudice.

DATED: May 7, 2015         LAW OFFICE OF DAVID W. MARTIN

                           By: */s/ David W. Martin*
                              DAVID W. MARTIN
                              Attorneys for Plaintiff,
                              JOHN R. DUTRO

DATED: May 7, 2015         DOLL AMIR & ELEY LLP

                           By: */s/ Hunter R. Eley*
                              HUNTER R. ELEY
                              CHELSEA L. DIAZ
                              Attorneys for Defendant,
                              BLUESTEM BRANDS, INC.

Signature Certification

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from each signatory to the document.

DATED: May 7, 2015                    DOLL AMIR & ELEY LLP


By: */s/ Hunter R. Eley*
   HUNTER R. ELEY
   CHELSEA L. DIAZ
Attorneys for Defendant,
BLUESTEM BRANDS, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067.**

On May 7, 2015, I served the foregoing document described as **JOINT NOTICE OF SETTLEMENT BETWEEN BLUESTEM BRANDS, INC. AND PLAINTIFF** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

| | |
|---|---|
| David W. Martin<br>Law Offices of David W, Martin<br>5350 James Avenue<br>Oakland, CA 94618 | T: (510) 332-3943<br>F: (510) 601-6944<br>davidwmartin@email.com<br>*Attorneys for Plaintiff, John R. Dutro* |

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

///

///

///

1  I declare that I am employed in the office of a member of the Bar of this Court,
2  at whose direction the service was made. I declare under penalty of perjury under the
   laws of the State of California that the foregoing is true and correct.
3
4  Executed on May 7, 2015, at Los Angeles, California.

   *[signature]*
   Diana Kang